THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PACIFIC BIOSCIENCE LABORATORIES, INC. a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NUTRA LUXE, LLC a Florida Limited Liability Company,<br><br>Defendant. | Case No.: 2:10-cv-00230-JLR<br><br>**NOTICE OF WITHDRAWAL OF JACQUELINE T. HARLOW AS COUNSEL OF RECORD FOR PLAINTIFF PACIFIC BIOSCIENCE LABORATOIRES, INC.** |

PLEASE TAKE NOTICE that Jacqueline T. Harlow of the law firm of Faegre & Benson, LLP, hereby withdraws her appearance on behalf of Plaintiff Pacific Bioscience Laboratories, Inc. ("PBL") in the above matter. Ms. Harlow is leaving the employment of Faegre & Benson, LLP and is moving out of state. Ms. Harlow has complied with all outstanding orders of the Court and no prejudice will result to the Plaintiff as a result of Ms. Harlow's withdrawal, as Natalie Hanlon-Leh, Marc Levy and Mary V. Sooter of the law firm of Faegre & Benson LLP will continue to represent Plaintiffs in this matter.

Dated: October 22, 2010

**NOTICE OF WITHDRAWAL OF JACQUELINE T. HARLOW AS COUNSEL OF RECORD FOR PLAINTIFF PACIFIC BIOSCIENCE LABORATORIES, INC. (2:10-cv-00230-JLR)**

**FAEGRE & BENSON LLP**
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
(303) 607-3500

FAEGRE & BENSON LLP


s/ Jacqueline T. Harlow
Natalie Hanlon-Leh (Pro Hac Vice)
Marc Levy (Wash. Bar No. 19203)
Mary V. Sooter (Pro Hac Vice)
Jacqueline T. Harlow (Pro Hac Vice)
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203-4532 USA
Telephone:  303.607.3500
Facsimile:  303.607.3600
nhanlonleh@faegre.com
mlevy@faegre.com
msooter@faegre.com
jharlow@faegre.com

ATTORNEYS FOR PLAINTIFF PACIFIC BIOSCIENCE LABORATORIES, INC.

**NOTICE OF WITHDRAWAL OF JACQUELINE T. HARLOW AS COUNSEL OF RECORD FOR PLAINTIFF PACIFIC BIOSCIENCE LABORATORIES, INC.
(2:10-cv-00230-JLR)**

**FAEGRE & BENSON LLP**
**3200 Wells Fargo Center**
**1700 Lincoln Street**
**Denver, CO 80203**
**(303) 607-3500**

2

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **PACIFIC BIOSCIENCE LABORATORIES, INC. a Washington Corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**NUTRA LUXE LLC, a Florida Limited Liability Company,**<br><br>Defendant. | Case No.: 2:10-cv-00230-JLR<br><br>**CERTIFICATE OF SERVICE** |

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 22nd day of October, 2010, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Jeffrey Weiss (Pro Hac Vice) jweiss@weissiplaw.com
Aaron Fong (Wash Bar No. 38,255) afong@weissiplaw.com
4204 N. Brown Avenue
Scottsdale, Arizona 85251

---

NOTICE OF WITHDRAWAL OF JACQUELINE T. HARLOW
AS COUNSEL OF RECORD FOR PLAINTIFF PACIFIC
BIOSCIENCE LABORATORIES, INC.
(2:10-cv-00230-JLR)

FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
(303) 607-3500

Executed on this 22nd day of October, 2010 at Denver, Colorado.

                                  s/ Jacqueline T. Harlow
                                  Jacqueline T. Harlow (Pro Hac Vice)
Address: 3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone: (303) 607-3500
Fax: (303) 607-3600
Email: jharlow@faegre.com
Attorney for Pacific Bioscience Laboratories, Inc.

---

NOTICE OF WITHDRAWAL OF JACQUELINE T. HARLOW
AS COUNSEL OF RECORD FOR PLAINTIFF PACIFIC
BIOSCIENCE LABORATORIES, INC.
(2:10-cv-00230-JLR)

FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
(303) 607-3500

4