THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC BIOSCIENCE LABORATORIES, INC., a Washington Corporation,

Plaintiff,

v.

NUTRA LUXE MD, LLC, a Florida Limited Liability Company, and

NUTRA BOTANICAL MD, INC., a Florida Corporation,

Defendants.

Case No.: 2:10-cv-00230-JLR

[PROPOSED] ORDER GRANTING JOINT MOTION FOR STIPULATED PERMANENT INJUNCTION

This matter came before the Court on the parties' Joint Motion for Stipulated Permanent Injunction. Having considered the motion, and being fully advised on the premises, now, therefore, it is:

ORDERED that the Joint Motion for Stipulated Permanent Injunction is GRANTED; and

The Court hereby enters the following PERMANENT INJUNCTION:

A.  NutraLuxe MD, LLC and Nutra Botanical MD, Inc., any of their respective members, managers, officers, directors, agents, servants, employees, attorneys, subsidiaries, insiders (as defined in 11 U.S.C. § 101 (31)), and those persons acting in concert or participation with any of them who receive actual notice hereof, are hereby restrained and enjoined, pursuant

[PROPOSED] ORDER GRANTING JOINT MOTION
FOR STIPULATED PERMANENT INJUNCTION
(2:10-cv-00230-JLR)

FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
(303) 607-3500

to 35 U.S.C. § 283 and Fed. R. Civ. P. 65(d) from infringing, contributing to the infringement, or inducing the infringement of PBL's U.S. Patent No. 7,320,691, including by making, using, offering to sell, selling within the United States, or importing into the United States any of the Infringing Products or any other product with a feature or features not more than colorably different from any of the infringing feature or features in any of the Infringing Products.

B. NutraLuxe MD, LLC and Nutra Botanical MD, Inc., any of their respective members, managers officers, directors, agents, servants, employees, attorneys, subsidiaries, insiders (as defined in 11 U.S.C. 101 (31)), and those persons acting in concert or participation with any of them who receive actual notice hereof, are hereby restrained and enjoined pursuant to Fed. R. Civ. P. 65(d) from infringing PBL's trade dress, including by selling, offering to sell, advertising or promoting in the United States any of the Trade Dress Infringing Products or any other products that are substantially similar in visual appearance to the Trade Dress Infringing Products.

C. NutraLuxe MD, LLC and Nutra Botanical MD, Inc., any of their respective members, managers, officers, directors any of their officers, directors, agents, servants, employees, attorneys, subsidiaries, insiders (as defined in 11 U.S.C. 101 (31)), and those persons acting in concert or participation with any of them who receive actual notice hereof, shall, pursuant to Fed. R. Civ. P. 65(d) and U.S.C. §§ 1116 & 1118, deliver up and destroy the following articles in the possession of any of them: (i) all Trade Dress Infringing Products and any colorable imitations thereof, (ii) all labels, signs, prints, packages, wrappers, receptacles and advertisements bearing images of the Trade Dress Infringing Products or any colorable imitations thereof and (iii) all plates, molds, matrices, and other means of making the Trade Dress Infringing Products or any colorable imitations thereof.

D. NutraLuxe MD, LLC and Nutra Botanical MD, Inc. shall, pursuant to Fed. R. Civ. P. 65(d) and 15 U.S.C. § 1116, file with the Court and serve on the Plaintiff within thirty (30)

[PROPOSED] ORDER GRANTING JOINT MOTION
FOR STIPULATED PERMANENT INJUNCTION
(2:10-cv-00230-JLR)

FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
(303) 607-3500

2

days after entry of this permanent injunction a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with this permanent injunction.

## DEFINITIONS

For the purposes of this Order, the following definitions shall apply:

1. "Infringing Products" includes the following of the Defendants' products, which have been found to infringe U.S. Patent No. 7,320,691: Nutra Sonic Professional, Nutra Sonic Essential, Nutra Sonic Companion, Nutra Sonic Bella, ProSonic, SkinnSonic Classic, and SkinnSonic Ultra.

2. "Trade Dress Infringing Products" includes the following of the Defendants' products, which have been found to infringe the Clarisonic System trade dress of Plaintiff Pacific Bioscience Laboratories, Inc.: Nutra Sonic Professional, Nutra Sonic Essential, Nutra Sonic Companion, and Nutra Sonic Bella.

Dated this 27 day of June, 2013.

_____
United States District Judge

[PROPOSED] ORDER GRANTING JOINT MOTION
FOR STIPULATED PERMANENT INJUNCTION
(2:10-cv-00230-JLR)

FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
(303) 607-3500

3